## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

VINCENT RIVERA,

                Petitioner,

-vs-                                           Case No.  6:00-cv-810-Orl-19B

THE HONORABLE LARRY TURNER,
BOB BUTTERWORTH,

                Respondents.

_____

### ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 33)** |
| **FILED:** | **July 13, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this _15th____ day of July, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 7/14
Vincent Rivera