**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

VINCENT RIVERA,
                Petitioner,

-vs-                                          Case No. 6:00-cv-810-Orl-19DAB

THE HONORABLE LARRY TURNER, and
BOB BUTTERWORTH,
                Respondents.
_____

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR RECONSIDERATION** (Doc. No. 35) |
| **FILED:** | **July 15, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

This case was transferred to the Jacksonville Division over five years ago, *see* case number 3:00-cv-746-J-20C, and Petitioner's appeals have been dismissed. Yet, Petitioner continues to file pleadings in this case. Petitioner should refrain from filing any further pleadings in this case. The failure to comply may result in the imposition of sanctions.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this _25th_ day of July, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 7/22
Vincent Rivera